IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

UDUAK NELSON UDOH,
Plaintiff,

v.

MERRICK GARLAND, Attorney General of the United States, *et al.*,

Defendants.

Civil Action No. 3:21-CV-03006-B

## JOINT STIPULATION OF DISMISSAL

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties that have appeared stipulate to dismiss this case. Each party will bear their own costs and fees.

Dated: March 4, 2022

Respectfully submitted,

**Attorney for Plaintiff**

*/s/ Anthonia N. Imudia*
**ANTHONIA N. IMUDIA**
**Lead Attorney**
FL State Bar No. 1018592
Bar ID: FL0087
toni@cfuis.com
Center for U.S. Immigration Services
201 E. Kennedy Blvd., Suite 1612
Tampa, FL 33602
(813) 298-7222
Fax: (813) 200-1020

**Attorneys for Defendants**

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ George M. Padis*
George M. Padis
Assistant United States Attorney
Texas Bar No. 24088173
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:   214-659-8600
Fax:              214-695-8811
george.padis@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 4, 2022, a copy of the above was electronically filed with the Court's CM/ECF system and served on Plaintiff.

*/s/ George M. Padis*
George M. Padis